NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Cross Appellant,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2010-1377, -1400, -1408

---

Appeals from the United States District Court for the Middle District of Pennsylvania in consolidated case nos. 01-CV-0485 and 05-CV-2622, Judge Christopher C. Conner.

---

## ON MOTION

---

## O R D E R

The parties move jointly to stay briefing in these appeals pending this court's disposition in *Arlington Indus., Inc. v. Bridgeport Fittings, Inc.*, 2010-1025.

The parties state that these appeals and 2010-1025 involve the same parties, counsel, patent, and disputed claim terms, and that briefing in 2010-1025 is complete. The court agrees that a stay is warranted.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. Arlington Industries, Inc. and Bridgeport Fittings, Inc. are directed to respond within 14 days of the issuance of the mandate in *Arlington Indus., Inc. v. Bridgeport Fittings, Inc.*, 2010-1025 how these appeals should proceed.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear *Arlington Indus., Inc. v. Bridgeport Fittings, Inc.*, 2010-1025.

FOR THE COURT

AUG 1 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
Deanne E. Maynard, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2010

JAN HORBALY
CLERK